# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ALBERTA JOHNSON**                                                                            **PLAINTIFF**

**VS.**                               **5:16-CV-00124-BRW-JTK**

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**                                      **DEFENDANT**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome Kearney. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in its entirety. Judgment will be entered accordingly.

Accordingly the Commissioner's decision is REVERSED AND REMANDED, with instructions to develop the record and to reevaluate the treating and examining physician opinions with a full explanation of the weight given to the opinions.

IT IS SO ORDERED, this 17th day of April, 2017.

                                                     /s/ Billy Roy Wilson
                                                     UNITED STATES DISTRICT JUDGE